

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00138-CV

**D. SCOTT SONNTAG AND REAGAN GREENHAW,**

**Appellants**

 **v.**

**CLEBURNE INDEPENDENT SCHOOL DISTRICT,**

**Appellee**

---

**From the 249th District Court
Johnson County, Texas
Trial Court No. T201400301**

---

## MEMORANDUM  OPINION

---

The Clerk of this Court notified the parties in an October 20, 2016 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed November 30, 2016
[CV06]

